ACCEPTED
01-14-01007-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 2:30:44 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 201165958

| | | |
|---|---|---|
| LPP MORTGAGE, LTD., | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| CENTAMARK LUXURY HOMES, LTD., | § | |
| JACK V. DENNIS, JR., and ALLAN R. | § | |
| AVERY, | § | |
| Defendants | § | 127TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 2:30:44 PM
CHRISTOPHER A. PRINE
Clerk

## ALLAN R. AVERY'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant ALLAN R. AVERY, and files this Notice of Appeal, and in support thereof, would respectfully show unto this Honorable Court the following:

1. ALLAN R. AVERY, desires to appeal from the Order Granting Summary Judgment signed by Court on September 30, 2014.

2. ALLAN R. AVERY, appeals to either the First or the Fourteenth Court of Appeals, Houston, Texas, or to such other Court as is determined.

Respectfully Submitted,

*/s/ Jarett T. LaRochelle*

Jarett T. LaRochelle
Texas Bar No. 24041296
One Riverway, Suite 1700
Houston, Texas 77056
713-907-8668 telephone
713-840-6351 facsimile
ATTORNEY FOR DEFENDANT ALLAN R.
AVERY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice has been served upon all known parties or counsel of record in accordance with the Texas Rules of Civil Procedure on this the 17th day of December, 2014.

/s/ Jarett T. LaRochelle

Jarett T. LaRochelle